IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF : CASE NO. 3:18MJ052
                                          3:18MJ053
SEALED DOCUMENT                           3:18MJ054

---

### ORDER SEALING APPLICATIONS, SEARCH WARRANTS, SUPPORTING AFFIDAVITS AND RETURNS

---

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Applications, Supporting Affidavits, Search Warrants and Returns for captioned Search Warrants be sealed and kept from public inspection.

3-9-18
DATE

SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE